UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTHONY BLEDSOE,

                          Plaintiff,                            JUDGMENT
       v.                                                           23-CV-00775 (HG) (JAM)

NEW YORK CITY TRANSIT AUTHORITY
and AMALGAMATED TRANSIT UNION
LOCAL 726,

                          Defendants.
----------------------------------------------------------------X

        A Memorandum and Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on March 7, 2024, granting the motion to dismiss, ECF No. 21; certifying pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for purposes of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

        ORDERED and ADJUDGED that the motion to dismiss, ECF No. 21, is granted; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for purposes of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, New York                                            Brenna B. Mahoney
          March 12, 2024                                             Clerk of Court

                                                                    By:    */s/Jalitza Poveda*
                                                                            Deputy Clerk