

**Littler Mendelson, PC**
290 Broadhollow Rd.
Suite 305
Melville, NY 11747


Lisa M. Griffith
631.247.4709 direct
631.247.4700 main
LGriffith@littler.com

August 26, 2025

The Honorable Judge Hector Gonzalez
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6A South
Brooklyn, New York 11201

Re: *Bledsoe v. New York City Transit Authority et al.*,
No.: 23-cv-00775 (HG) (JAM)

Dear Judge Gonzalez,

This firm represents Defendant New York City Transit Authority ("Defendant") in the above-referenced matter. We write to respectfully request a two-week extension of time, from September 2, to September 16, 2025, to respond to Plaintiff's objection to the Report and Recommendation issued by Magistrate Judge Marutollo. The *pro se* Plaintiff does not consent to Defendant's request.

Judge Marutollo issued a Report and Recommendation on or about on July 21, 2025 recommending that the Court grant Defendant's summary judgment motion. *See* Dkt. No. 147. On or about August 4, 2025, Plaintiff sought a three-week extension, without providing justification or obtaining consent from Defendant. The Court partially granted Plaintiff's request, making Plaintiff's objection due August 19, 2025 and Defendant's due within 14 days of Plaintiffs submission. *See* Dkt. 8/4/2025 Txt. Order.

Plaintiff served his objection on August 20, 2025, which would make Defendant's response due on September 2, 2025. To the extent the Court accepts the untimely filing, Defendant respectfully requests the additional time to respond, because the undersigned is preparing for a federal trial in *Su v. Sarene Services, Inc.*, 2:20-cv-03273-NJC-ST (E.D.N.Y.), scheduled for September 4th and 5th.

Thank you for your time and consideration of this request.

Respectfully Submitted,

Littler Mendelson, P.C.

*/s/ Lisa M. Griffith*

Vernée C. Pelage
Lisa M. Griffith

cc:  Anthony Bledsoe [abledsoe422@gmail.com]